UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                   CASE NO: 6:15-cr-17-Orl-28TBS

DUANE BROUSSEAU,

    Defendant.

## SEALING ORDER

This case comes before the Court on Defendant Duane Brousseau's Unopposed Motion to Seal (Doc. 49). Defendant seeks leave of Court to file an ITM risk assessment report, the report of defense expert Richard Connor, and any Government response to these reports under seal. As grounds, Defendant cites the sensitive nature of the information contained in the reports.

The motion is **GRANTED**. The Clerk shall accept for filing **UNDER SEAL**, Defendant's Notice of Filing including the ITM risk assessment report and the report of defense expert Richard Connor. If the Government files a response to these reports, then the Clerk shall accept the response for filing **UNDER SEAL**. These documents shall remain under seal until further order.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Clerk of Court
    Defendant